UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROBERT BREWER,

                    Plaintiff,

      -against-

RUTLAND HERALD, BRATTLEBORO
REFORMER, et al.,

                    Defendants.

**NOTICE
OF MOTION**

3:14-CV-0958
(GLS/DEP)

---

**MOTION BY:**

Defendants, JoJo Schwarzauer and Maury Mitchell

**DATE, TIME AND PLACE
OF HEARING:**

August 3, 2015 at 10:00 a.m. at the United States District Court, Albany, New York or as soon thereafter as counsel may be heard.

**PAPERS RELIED ON:**

Affirmation of Ronald G. Dunn, Esq. dated July 1, 2015 and Memorandum of Law in Support of Motion to dismiss the pleadings and/or a motion to strike and/or a motion for a more definite statement dated July 1, 2015; and all the prior pleadings, papers and proceedings.

**RELIEF REQUESTED:**

An order pursuant to Federal Rules of Civil Procedure §§12(b), (e) and (f).

**ANSWERING PAPERS:**

Pursuant to Local Rule 7.1(b)(2), plaintiff may file their opposition papers with the Court and serve them on the defendants not less than seventeen (17) days prior to August 3, 2015.

**DATED**:    July 1, 2015                Respectfully submitted,

**GLEASON DUNN WALSH & O'SHEA**

By:

Ronald G. Dunn, Esq.
Bar Roll No. 101553
*Attorneys for Defendants,*
*JoJo Schwarzauer & Maury Mitchell*
40 Beaver Street
Albany, New York 12207
Phone: (518) 432-7511
Fax: (518) 432-5221
Email: Rdunn@gdwo.net

TO:    Robert Brewer
       *Plaintiff*
       P.O. Box 438
       Binghamton, New York 13903

2